DEFENDANT: DEMARIO QUIENTEL WILLIAMS
CASE NUMBER: 4:12-CR-57-3-D

Judgment — Page 2 of 6

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Count 1 - 37 months**
**Count 2 - 83 months and shall run consecutively to Count 1 - (Total term: 120 months)**
**Defendant's federal sentence shall run concurrently to any state sentence imposed.**

☑ The court makes the following recommendations to the Bureau of Prisons:

**The court recommends that the defendant receive intensive substance abuse treatment. The court recommends that he serve his term in the North Carolina Department of Corrections.**

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before _____ p.m. on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

**FILED**
JAN 0 7 2015
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Defendant delivered on 12-19-14 to FCI Beckley
a Beaver, WV, with a certified copy of this judgment.

Joe Coakley, Warden
By J. White CSO

[U.S. Marshals Service stamp: JAN 05 2015, EDNC]